# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129354

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BARRY RUSSELL,
           Plaintiff-Appellee,
and

BLUE CROSS BLUE SHIELD OF
MICHIGAN,
           Intervening Plaintiff-Appellee,

v

RICHFIELD IRON WORKS and TRAVELERS
INSURANCE COMPANY,
           Defendants-Appellants.

SC: 129354
COA: 260291
WCAC: 03-000353

_____/

On order of the Court, the application for leave to appeal the July 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

t1219